IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-77,018





BURTON LEON SPELL, Appellant


 v.

 THE STATE OF TEXAS






ON APPEAL FROM DENIAL OF BAIL


CAUSE NO. 33157 IN THE 1ST DISTRICT COURT


FROM JASPER COUNTY





 Per curiam.


O P I N I O N



 On May 24, 2013, Appellant was arrested and jailed for the offense of evading
arrest or detention with a motor vehicle. On May 29, 2013, the trial court granted the
State's motion to deny bail for this offense pursuant to Article 1, Section 11a of the Texas
Constitution. Appellant appealed the trial court's decision. Appellant has now filed a
motion to withdraw his appeal. Accordingly, we order the appeal dismissed. 


Filed: June 26, 2013

Do not publish